UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:14-cr-416-T-30MAP

KAVIN CARTER

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 24) the following assets:

a. The real property located at 573 North East Colorado Terrace, Lake City, Florida 32055, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 7 in Block C-1 of Barfield's Subdivision of Block C in the Northern Division of the City of Lake City, Florida, being a lot 52.5 feet on the North boundary and 105 feet on the East boundary and 52.6 feet on the South boundary and 105 feet on the West boundary.

Property Identification Number: 00-00-00-11733-000; and

b. The real property located at 506 North East Saint Clair Street, Lake City, Florida 32055, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 1 of Block 9 in the Northeastern Division of the City of Lake City, Florida, described as follows: Beginning at the NE corner of Block 9 and run West 52.5 feet; South 105 feet; East 52.5 feet; North 105 feet to the Point of Beginning.   All according to an unrecorded map of

>Barfield's re-subdivision of said Block 9 in the Northeastern division of said City of Lake City, Florida.
>
>Property Identification Number: 00-00-00-10850-000.

Being fully advised of the relevant facts, the Court hereby finds that the real property identified above was used to facilitate the child sex trafficking crime to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 24) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 1594 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the real property identified above is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 5th day of March, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2014\14-cr-416 forfeit 24.docx