UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:14-cr-416-T-30MAP

KAVIN CARTER

**ORDER VACATING PRELIMINARY ORDER
OF FORFEITURE AS TO CERTAIN PROPERTY**

THIS CAUSE comes before the Court upon the filing of the United States of America's Motion (Doc. 36) to vacate the Preliminary Order of Forfeiture, entered by the Court on March 5, 2015 (Doc. 25), as it relates only to:

> The real property located at 506 North East Saint Clair Street, Lake City, Florida 32055, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 1 of Block 9 in the Northeastern Division of the City of Lake City, Florida, described as follows: Beginning at the NE corner of Block 9 and run West 52.5 feet; South 105 feet; East 52.5 feet; North 105 feet to the Point of Beginning.   All according to an unrecorded map of Barfield's re-subdivision of said Block 9 in the Northeastern division of said City of Lake City, Florida.
>
> Property Identification Number: 00-00-00-10850-000.

Being fully advised of the relevant facts, the Court hereby finds that the United States has elected not to pursue forfeiture of the real property identified above due to its insufficient equity.

Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 36) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture (Doc. 25) be vacated solely as to the real property identified above.

It is FURTHER ORDERED that the remainder of the Preliminary Order of Forfeiture (Doc. 25) remain in full force and effect.

DONE AND ORDERED at Tampa, Florida on this 2nd day of April, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2014\14-cr-416 vacate POF.docx