UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:14-cr-416-T-30MAP

KAVIN CARTER

**ORDER VACATING PRELIMINARY ORDER
OF FORFEITURE AS TO CERTAIN PROPERTY**

THIS CAUSE comes before the Court upon the United States of America's Motion to vacate the remainder of the Preliminary Order of Forfeiture (Doc. 40) entered by the Court on March 5, 2015 (Doc. 25), which relates to:

> The real property located at 573 North East Colorado Terrace, Lake City, Florida 32055, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 7 in Block C-1 of Barfield's Subdivision of Block C in the Northern Division of the City of Lake City, Florida, being a lot 52.5 feet on the North boundary and 105 feet on the East boundary and 52.6 feet on the South boundary and 105 feet on the West boundary.
>
> Property Identification Number: 00-00-00-11733-000.

The United States has elected not to pursue forfeiture of the real property identified above due to its insufficient equity.

Accordingly, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, the Motion of the United States (Doc. 40) is hereby GRANTED.

It is FURTHER ORDERED that the remainder of the Preliminary Order of Forfeiture—which relates solely as to the real property identified above (*see* Doc. 37)—be vacated.

It is FURTHER ORDERED that the Petitions filed by Peoples State Bank (Doc. 27), Lake City (Doc. 34), and the Columbia County Tax Collector (Doc. 39), are DENIED as moot, and the ancillary hearing currently set for April 16, 2015 is canceled.

DONE and ORDERED in Chambers in Tampa, Florida, this 8th day of April, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-416 vacate Colorado.docx